764 A.2d 17

Fred M. MYERS, Appellant,

v.

Bedford F. BOYLSTON, M.D. and Polyclinic
Medical Center, Appellees.

Fred M. Myers, Appellant,

v.

L. Bruce Althouse and Polyclinic Medical Center, Appellees.

Supreme Court of Pennsylvania.

Argued Dec. 5, 2000.

Decided Dec. 28, 2000.

William P. Douglas, Carlisle, for Fred M. Myers.

Gary Todd Lathrop, Joseph P. Hafer, Harrisburg, for appellee.

Andrew Herbert Foulkrod, S. Walter Foulkrod, Harrisburg, for Bedford F. Boylston, M.D.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices CAPPY and NIGRO dissent.